| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Roberts, Jr., John G | 2. Court or Organization<br><br>US Court of Appeals-DC Circuit | 3. Date of Report<br><br>5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Circuit Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ◉ Annual ● Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>333 Constitution Ave., N.W.<br><br>Room 3832<br><br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

■ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (resigned 5/31/03) | Hogan & Hartson LLP |
| 2. | Advisory Boards (resigned prior to 6/2/03) | State and Local Legal Center, Georgetown University Law Center Supreme Court Institute, National Legal Center for the Public Interest |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Hogan & Hartson partnership agreement (terminated 5/31 - no continuing agreement). |

RECEIVED May 10 10 45 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Hogan & Hartson LLP | $1,044,399.54 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Shaw Pittman |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Washington & Lee Law School | October 24 - Lexington VA - Judge moot court finals (meals and room). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

■ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets. or transactions) | | | | | | | | | |
| 1. Agilent (Common) | | None | J | T | | | | | |
| 2. Time Warner (formerly AOL) (Common) | | None | M | T | | | | | |
| 3. AstraZeneca (Common) | A | Dividend | J | T | | | | | |
| 4. AT&T (Common) | A | Dividend | | | Sell | 07/21 | J | | |
| 5. Becton Dickinson & Co. (Common) | A | Dividend | K | T | | | | | |
| 6. Blockbuster (Common) | A | Dividend | K | T | | | | | |
| 7. Boeing (Common) | A | Dividend | | | Sell | 12/29 | J | | |
| 8. Cisco Sytems (Common) | | None | L | T | | | | | |
| 9. Citigroup (Common) | B | Dividend | K | T | | | | | |
| 10. Coca Cola (Common) | A | Dividend | J | T | | | | | |
| 11. CP (Common) | A | Dividend | J | T | | | | | |
| 12. Dell (Common) | | None | M | T | | | | | |
| 13. Disney (Common) | A | Dividend | J | T | | | | | |
| 14. BB&T Corp. (formerly First VA Banks) (Common) | A | Dividend | J | T | | | | | |
| 15. Freddie Mac (Common) | A | Dividend | K | T | | | | | |
| 16. Gillette (Common) | A | Dividend | | | Sell | 12/29 | J | | |
| 17. Helen of Troy (Common) | | None | | | Sell | 05/13 | J | C | |
| 18. Hewlett-Packard (Common) | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Hillenbrand (Common) | A | Dividend | K | T | | | | | |
| 20. Intel (Common) | A | Dividend | M | T | | | | | |
| 21. New Ireland Fund | A | Dividend | J | T | | | | | |
| 22. JNJ (Common) | A | Dividend | J | T | | | | | |
| 23. Lucent (Common) | | None | J | T | | | | | |
| 24. Merck (Common) | A | Dividend | J | T | | | | | |
| 25. Microsoft (Common) | B | Dividend | M | T | | | | | |
| 26. Motorola (Common) | A | Dividend | | | Sell | 08/28 | J | | |
| 27. Nike (Common) | A | Dividend | | | Sell | 05/13 | J | A | |
| 28. Nokia (Common) | A | Dividend | K | T | | | | | |
| 29. Novellus (Common) | | None | J | T | | | | | |
| 30. Pfizer (Common) | A | Dividend | K | T | | | | | |
| 31. Proctor Gamble (Common) | A | Dividend | | | Sell | 05/13 | J | C | |
| 32. Schlumberger (Common) | A | Dividend | | | Sell | 05/13 | J | | |
| 33. Scientific Atlanta (Common) | A | Dividend | J | T | | | | | |
| 34. State Street (Common) | A | Dividend | K | T | | | | | |
| 35. Texas Instruments (Common) | A | Dividend | M | T | | | | | |
| 36. TMO (Common) | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. XMSR (Common) | | None | M | T | | | | | |
| 38. Washington REIT | B | Dividend | K | T | | | | | |
| 39. Am Cent Gr Fund | | None | J | T | | | | | |
| 40. Davis Ser Real Est Fund | B | Dividend | K | T | | | | | |
| 41. Fidelity Contrafund Fund | A | Dividend | K | T | | | | | |
| 42. Fidelity Freedom 2010 Fund | A | Dividend | J | T | | | | | |
| 43. Fidelity Low Priced Stock Fund | C | Dividend | N | T | Buy | 05/30 | J | | |
| 44. Fidelity Magellan Fund | B | Dividend | N | T | | | | | |
| 45. Fidelity OTC Fund | | None | K | T | | | | | |
| 46. Fidelity Overseas Fund | A | Dividend | L | T | Buy | 05/30 | K | | |
| 47. Fidelity Select Energy Fund | | None | J | T | | | | | |
| 48. Franklin Mut Beac Z Fund | A | Dividend | J | T | | | | | |
| 49. Franklin Mut Disc Z Fund | A | Dividend | J | T | | | | | |
| 50. GAM Global C Fund | | None | J | T | | | | | |
| 51. Janus Ent Fund | | None | K | T | Buy | 07/07 | J | | |
| 52. Janus Fund | | None | J | T | | | | | |
| 53. Janus WW Fund | A | Dividend | K | T | | | | | |
| 54. Merrill Lynch Int'l Value Fund (formerly Mercury Int'l Value) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Lord Abbett Dev Gr Fund | | None | K | T | | | | | |
| 56. Putnam New Opp Fund | | None | J | T | | | | | |
| 57. Putnam Voyager Fund | | None | J | T | | | | | |
| 58. Seligman Comm A Fund | | None | J | T | | | | | |
| 59. Torray Fund | A | Dividend | L | T | | | | | |
| 60. TR Price Euro Stock Fund | A | Dividend | J | T | | | | | |
| 61. TR Price Sci & Tech Fund | | None | J | T | Buy | 03/10 | J | | |
| 62. Vanguard Int'l Gr Fund | A | Dividend | K | T | | | | | |
| 63. Vanguard Sm Cap Index Fund | A | Dividend | L | T | | | | | |
| 64. Ing Em Countries A Fund | A | Dividend | J | T | Buy | 07/07 | J | | |
| 65. M&T Bank acct (formerly Allfirst Bank M. Mkt) | D | Interest | ● | T | | | | | |
| 66. MTB Money Mkt acct (formerly Ark Money Mkt) | A | Dividend | K | T | | | | | |
| 67. CMA Money Fund | A | Dividend | K | T | | | | | |
| 68. C. Schwab Money Mkt Fund | A | Dividend | J | T | | | | | |
| 69. C. Schwab Muni M. Fund | B | Dividend | N | T | | | | | |
| 70. Wachovia acct (formerly First Union Checking) | A | Interest | K | T | | | | | |
| 71. Chevy Chase Bank accts | A | Interest | N | T | | | | | |
| 72. 1/8 Interest in Cottage, Knockleng, Limerick, Ireland | | None | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Hogan & Hartson LLP Investment Fund | A | Interest | | | Redemption | 05/31 | J | | |
| 74. Shaw Pittman Investors Fund -- 2000 L.L.C. | A | Interest | J | W | | | | | |
| 75. Kadant Inc. (Common) | | None | | | Sell | 09/29 | J | A | |
| 76. Home Depot (Common) | A | Dividend | | | Sell | 08/18 | J | B | |
| 77. Travelers Cl B (Common) | A | Dividend | | | Sell | 07/22 | J | A | |
| 78. Viasys Health Care (Common) | | None | | | Sell | 05/14 | J | B | |
| 79. Comcast (Common) | | None | | | Sell | 07/21 | J | | |
| 80. Encana (Common) | A | Dividend | J | T | | | | | |
| 81. Fairmont Hotels (Common) | A | Dividend | J | T | | | | | |
| 82. TR Price Prime Res Fund | A | Dividend | J | T | | | | | |
| 83. M. Lynch SP 500 Cl A Fund | B | Dividend | M | T | | | | | |
| 84. Midcap SPDR Tr Series 1 | A | Dividend | L | T | | | | | |
| 85. Fording CDN Coal unit trust (X) | A | Dividend | J | T | | | | | |
| 86. CP Ships Ltd. (Common) (X) | A | Dividend | J | T | | | | | |
| 87. PMC Sierra (Common) (X) | | None | | | Sell | 12/29 | J | | |
| 88. Allied Capital (Common) (X) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In Part VII, Loral was listed in prior report but omitted as now falling below reporting thresholds.

In Part VII, (X) = not listed in prior report because fell below reporting thresholds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____       Date_____ 5/4/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544